# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

JONNY RUDOLPH VADOVICH

ELECTRONIC CRIMINAL COMPLAINT

CASE NUMBER: MJ-26-04068-PCT-CDB

I, the undersigned, state under oath that the following is true and correct to the best of my knowledge and belief:

On or about December 2, 2025, in Coconino County, in the District of Arizona, the defendant, JONNY RUDOLPH VADOVICH, having pled guilty to a Class B misdemeanor violation under Title 36, Code of Federal Regulations, Part 261, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charge, for self-surrender to an institution designated by the Bureau of Prisons or to the United States Marshal Service in Flagstaff, Arizona, in Case No. 25-04314-MJ-001-PCT-CDB, entitled United States of America v. Jonny Rudolph Vadovich, did knowingly and willfully fail to self-surrender as required, in violation of 18 U.S.C. §§ 3146(a)(2) and 3146(b)(1)(A)(iv).

I further state that I am a Deputy United States Marshal, and that this Complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

REVIEWED BY: /s AUSA Paul V. Stearns

__X__ Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

Zachary Syers, Deputy U.S. Marshal
Complainant's Name and Title

Complainant's Signature    2-26-2026
                           Date

__X__ Sworn by Telephone

Flagstaff, Arizona
City and State

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2026.02.26 16:51:25 -07'00'

Date/Time

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

CC: USM & PTS

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT**

Your affiant, Zachary Syers, a Deputy United States Marshal, states under oath as follows:

1. Your affiant is a Deputy United States Marshal (DUSM) and has been so employed since 2022. Your affiant has training and experience in, among other things, investigating, tracking, and/or arresting fugitives. Prior to becoming a DUSM, your affiant was a police officer for the City of Flagstaff, Arizona.

2. The information contained in this affidavit is from your affiant's knowledge, training, research, and experience. Additionally, your affiant has reviewed the underlying court records in Case No. 25-04314-MJ-001-PCT-CDB. Because this affidavit is being made to establish probable cause, your affiant has not listed every fact known regarding this investigation.

**Introduction**

3. This case involves a new charge of failure to appear for service of a sentence by Jonny Rudolph Vadovich ("Vadovich"). In summary, Vadovich was convicted of a violation of 36 C.F.R. § 261.11(b), a Class B misdemeanor. Vadovich was ordered to self-surrender for service of sentence but failed to do so on December 2, 2025. Vadovich's failure to appear violated his release conditions, as well as the Order of the Court in its judgment. Vadovich's current whereabouts are unknown.

## Investigation/Probable Cause

4.  On October 28, 2025, Vadovich pleaded guilty to the Class B misdemeanor violation of Unsanitary Conditions in a National Forest in Case No. 25-04314-MJ-001-PCT-CDB (Doc. 9). Vadovich was sentenced to a term of imprisonment of time served plus four days, and he was required to self-surrender by 12:00 PM on December 2, 2025. (Case No. 25-04314-MJ-001-PCT-CDB, Doc. 10.)

5.  Vadovich did not self-surrender on or about December 2, 2025. Additionally, as of that date, he had not self-surrendered or otherwise made arrangements to self-surrender on another date/time. Thus, Vadovich failed to surrender for service of his sentence of imprisonment.

6.  Vadovich was previously released on conditions, and he signed/acknowledged those conditions. (Case No. 25-04314-MJ-001-PCT-CDB, Doc. 3.) Vadovich's release conditions stated: "Defendant shall promise to appear at all proceedings as required and to surrender for service of any sentence imposed." (Case No. 25-04314-MJ-001-PCT-CDB, Doc. 3 ¶ 4.) Furthermore, Vadovich acknowledged the following: "I promise to obey all conditions or [sic] release, to appear as directed, and to surrender for service of any sentence imposed. I am aware that failure to follow my conditions of release may result in my release being revoked, a finding of contempt of court, prosecution for committing a crime on

release or prosecution for failure to appear, resulting in additional fines or incarceration." (Case No. 25-04314-MJ-001-PCT-CDB, Doc. 3.)[1]

## Conclusion

7. Based on the foregoing, your affiant believes that there is probable cause to support that on or about December 2, 2025, Jonny Rudolph Vadovich, knowingly and willfully failed to self-surrender for service of sentence to an institution designated by the Bureau of Prisons or the United States Marshal Service, in violation of Title 18, United States Code, Sections 3146(a)(2) and 3146(b)(1)(A)(iv). An arrest warrant is respectfully requested for Jonny Rudolph Vadovich.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

_____          __2/26/26_____
Zachary Syers, U.S. Deputy Marshal           Executed on (Date)
United States Marshals Service

__X__ Sworn by Telephone

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2026.02.26 16:51:04 -07'00'

_____          Date/Time
Camille D. Bibles
United States Magistrate Judge

---

[1] Vadovich's judgment also clearly states the date and time of his self-surrender, as well as phone number to call to schedule and coordinate his self-surrender. (Case No. 25-04314-MJ-001-PCT-CDB, Doc. 10 at 2.)

- 3 -